CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jerome Carter,                    )
                                  )
                                  )
                                  )
              vs      Plaintiff   )      Civil Action No. ___05CV01712 (RMC)___
                                  )
The Washington Post,              )
                                  )
                                  )
                   Defendant      )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __The Washington Post__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __The Washington Post__ which have

any outstanding securities in the hands of the public:

1. The Washington Post is a wholly owned subsidiary of The Washington Post Company, a publicly held corporation; and

2. Berkshire Hathaway, Inc., a publicly held corporation, has a 10% or greater ownership interest in The Washington Post Company.

These representations are made in order that judges of this court may determine the need for recusal.


Attorney of Record

_Michelle N. Johnson_
Signature

__491910__
BAR IDENTIFICATION NO.

Michelle N. Johnson
Print Name

51 Louisiana Avenue, N.W.
Address

Washington, DC        20001
City        State        Zip Code

(202) 879-3939
Phone Number