UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME CARTER,                        )
                                      )
      Plaintiff,                     )
                                      )
v.                                    )    Civil Action No.: 05-1712 (RMC)
                                      )
THE WASHINGTON POST,                  )
1150 15th Street, NW                  )
Washington, DC 20071                  )
                                      )
      Defendant.                     )
_____)


**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND
TO THE COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 4(b), Defendant The Washington Post ("The Post") hereby files this Consent Motion for a two-week extension of time in which to respond to Plaintiff's complaint.

    A Memorandum of Law in support of this Motion as well as a proposed Order granting the relief requested accompanies this Motion. Pursuant to Local Civil Rule 7(m), counsel for Defendant contacted Plaintiff's counsel by telephone on September 19, 2005, and is authorized to state that Plaintiff's counsel does not object to the relief sought herein.

Dated: September 19, 2005

                                      Respectfully submitted,

                                      _/s/ Michelle N. Johnson_____
                                      Alison Marshall (D.C. Bar No. 426168)
                                      Jacqueline M. Holmes (D.C. Bar No. 450357)
                                      Michelle N. Johnson (D.C. Bar No. 491910)
                                      JONES DAY
                                      51 Louisiana Avenue N.W.

Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

ATTORNEYS FOR DEFENDANT