UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1712 (RMC) |
| ) | |
| THE WASHINGTON POST, ) | |
| 1150 15th Street, NW ) | |
| Washington, DC 20071 ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant The Washington Post ("The Post"), hereby files this Memorandum of Law in Support of its Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint. In support of this Motion, Defendant asserts:

1. On August 26, 2005, Plaintiff filed this action against The Post alleging that The Post, his former employer, violated his rights under Title VII of the Civil Rights Act of 1964, the Fifth Amendment, and the Americans with Disabilities Act.

2. The Post received a copy of the summons and complaint on September 2, 2005. Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), The Post's response to the complaint is due on or before September 22, 2005.

3. Due to conflicting case demands and previously scheduled travel engagements, counsel for The Post has been unable to devote time to responding to the allegations of Plaintiff's complaint. Accordingly, counsel is requesting a two-week extension of time, until October 6, 2005, in which to answer, or otherwise respond, to Plaintiff's complaint.

WAI-2182304v1

4. Counsel for The Post contacted Plaintiff's counsel by telephone on September 19, 2005, to discuss the relief sought herein. Plaintiff's counsel stated that he does not object to the relief The Post seeks.

5. For these reasons, Defendant respectfully requests that this Court grant its Motion for an Extension of Time to Respond to the Complaint. A proposed Order granting the relief sought herein accompanies this Memorandum of Law.

Dated: September 19, 2005

Respectfully submitted,

*Michelle N Johnson*
Alison Marshall (D.C. Bar No. 426168)
Jacqueline M. Holmes (D.C. Bar No. 450357)
Michelle N. Johnson (D.C. Bar No. 491910)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2005, true and correct copies of the foregoing (1) Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, (2) Memorandum of Points and Authorities in Support Thereof, and (3) Proposed Order, were served by certified U.S. mail, addressed as follows:

Francis Koh
Old Georgeotown La, LLC
11406 Old Georgetown Road
N. Bethesda, MD 20852

*Michelle N. Johnson* (signature)