UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE WASHINGTON POST,  )<br>1150 15th Street, NW  )<br>Washington, DC 20071  )<br>  )<br>   Defendant.  )<br>  ) | Civil Action No.: 05-1712 (RMC) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Having considered Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**. It is further

**ORDERED** that Defendant's time in which to respond to the Complaint is hereby extended up to and including October 6, 2005.

**SO ORDERED** on this ____ day of September, 2005.

_____
Rosemary M. Collyer
United States District Judge

WAI-2182304v1