UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON POST, )<br>)<br>    Defendant. )<br>) | Civil Action No.: 05-1712 (RMC) |

### DEFENDANT THE WASHINGTON POST'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant The Washington Post ("The Post") hereby moves to dismiss Plaintiff's complaint. Dismissal of the complaint in this matter is required for several reasons.

*First*, dismissal is required pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's complaint fails to state a claim upon which relief can be granted. Count II of Plaintiff's complaint, which alleges a Fifth Amendment violation, does not allege any governmental activity -- a crucial requirement of such a claim. And Counts I and III, wherein Plaintiff alleges race and disability discrimination, are deficient because they fail to allege Plaintiff was discriminated against because of his race; fail to allege that he requested and did not receive a reasonable accommodation, a requirement of a failure to accommodate claim, and fail to assert that he suffers from a disability that is cognizable under the Americans with Disabilities Act.

*Second*, Counts I and III must also be dismissed pursuant to Rule 12(b)(1). The Court lacks subject matter jurisdiction over these claims because Plaintiff never presented them to the

Equal Employment Opportunity Commission. He has therefore failed to exhaust his administrative remedies.

*Finally*, Plaintiff's own allegations reveal that he did not file Counts I and III of this action within 90 days after receiving his right-to-sue letter from the EEOC, and therefore, in addition to being substantively barred, these claims are untimely and must be dismissed for this independent reason.

For all of these reasons, Plaintiff's complaint against The Post should be dismissed in its entirety. A memorandum of law in support of this motion is filed herewith.

Dated: October 6, 2005

Respectfully submitted,

_____/s/_____

Alison Marshall (D.C. Bar No. 426168)
Jacqueline M. Holmes (D.C. Bar No. 450357)
Michelle N. Johnson (D.C. Bar No. 491910)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

ATTORNEYS FOR DEFENDANT