UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON POST, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1712 (RMC) |

### ORDER GRANTING THE WASHINGTON POST'S MOTION TO DISMISS THE COMPLAINT

Having considered the motion of Defendant The Washington Post for dismissal of the complaint, Plaintiff's opposition, if any, and The Post's reply, it is hereby

**ORDERED** that Plaintiff's Motion to Dismiss the Complaint is **GRANTED.** It is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice.

**SO ORDERED** on this ____ day of _____, 2005.

_____
Rosemary M. Collyer
United States District Judge