**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| JEROME CARTER ) | |
| ) | Civil Case No. 05-1712 (RMC) |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| THE WASHINGTON POST COMPANY ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. Rule. Civ. Pro. 4(b), Plaintiff, Jerome Carter, by and through the undersigned counsel, hereby submits this Consent Motion to Extend Time for Plaintiff to file an Opposition to Defendant's Motion to Dismiss.

Defendant had earlier been awarded a two-week extension of time to file an answer to Plaintiff's originally filed complaint, to which Defendant has now filed a motion to dismiss. Plaintiff currently has until October 17, 2005 to file an opposition and seeks a three-week extension to file an opposition, specifically up and through November 7, 2005.

Due to prior set hearings and engagements, Plaintiff needs the additional time to prepare an Opposition. Plaintiff's counsel obtained consent from Defendant's counsel by phone on October 11, 2005 pursuant to Local Civil Rule 7(m). Plaintiff currently has until October 17, 2005 to file an opposition and seeks a three-week extension to file an opposition, specifically up and through November 7, 2005.

**WHEREFORE**, Plaintiff Respectfully Requests the Foregoing Extension of Time.


Dated: October 12, 2005		By:	_____/s/_____

Francis H. Koh (DC Bar #486602)

Old Georgetown Law, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852
(301) 881-3600

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JEROME CARTER ) | |
| ) | Civil Case No. 05-1712 (RMC) |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| THE WASHINGTON POST COMPANY ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Consent Motion to Extend Time for Plaintiff to File Opposition to Defendant's Motion to Dismiss,

It is this ___ day of October, 2005,

ORDERED, that the Consent Motion to Extend Time for Plaintiff to File Opposition is hereby granted; it is further

ORDERED, that Plaintiff has up and through the 7th of November 2005 to file an Opposition to Defendant's Motion to Dismiss.

_____
Judge Rosemary M. Collyer
U.S. District Court Judge

3

Copies to:

Francis H. Koh (DC Bar #486602)
Old Georgetown Law, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852

John C. Truong, Esq. (DC Bar #465901)
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530