UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEROME CARTER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1712 (RMC) |
| ) | |
| **THE WASHINGTON POST** ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the Defendant's motion to dismiss is **GRANTED** in part. Counts I and II are **DISMISSED**.

**SO ORDERED.**

Date: May 15, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge