UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME CARTER,            )
                          )
    Plaintiff,            )
                          )
v.                        )   Civil Action No.: 05-1712 (RMC)
                          )
THE WASHINGTON POST,      )
                          )
    Defendant.            )
_____)

**ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT**

Having considered Plaintiff's Motion to Alter or Amend the Judgment, Defendant's opposition thereto and Plaintiff's reply, if any, it is hereby

**ORDERED** that Plaintiff's Motion to Alter or Amend the Judgment is **DENIED**.

**SO ORDERED** on this ___ day of _____, 2006.

_____
Rosemary M. Collyer
United States District Judge