IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JEROME CARTER, | ) |
| Plaintiff, | ) Civil Case No. 05-1712 (RMC) |
| v. | ) |
| WASHINGTON POST. | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Alter or Amend Judgment, and Defendant's Opposition, and any reply thereto, It is this ___ day of June 2006, it is hereby:

**ORDERED**, that Plaintiff's Motion to Alter or Amend Judgment is hereby GRANTED; it is further

**ORDERED**, that Counts I and II are reinstated.

_____
United States District Judge

Copies to:

Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852

Jacqueline M. Holmes (D.C. Bar No. 450357)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001