UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME CARTER,            )
                          )
    Plaintiff,        )
                          )
v.                        )   Civil Action No.: 05-1712 (RMC)
                          )
THE WASHINGTON POST,      )
                          )
    Defendant.        )
_____)

## PROPOSED SCHEDULING ORDER

The parties hereby respectfully propose that the following schedule govern this matter:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | October 27, 2006 |
| Joinder of Parties/Amendment of Pleadings | November 10, 2006 |
| Plaintiff's Expert Disclosures: | February 16, 2007 |
| Defendant's Expert Disclosures: | March 16, 2007 |
| Close of Fact Discovery: | March 30, 2007 |
| Completion of Expert Discovery: | April 16, 2007 |
| Dispositive Motions Due: | May 18, 2007 |
| Final Pretrial Conference: | To be held within 14 days after Ruling on dispositive motion(s). |

SO ORDERED:

_____
The Honorable Rosemary M. Collyer