UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEROME CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-1712 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| THE WASHINGTON POST COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Michelle N. Johnson, formerly of the law firm of Jones Day, as counsel for Defendant in the above-captioned matter. Neither party will be prejudiced as a result of this withdrawal. Accordingly, please withdraw Michelle N. Johnson as an attorney of record for Defendant in this matter.

Dated: November 10, 2006

/s/
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C.  20530
202-514-7139