UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>THE WASHINGTON POST,<br><br>    Defendant. | Civil Action No.: 05-1712 (RMC) |

## NOTICE OF APPEARANCE

Please take notice that Jacqueline M. Holmes, Esq., of the law firm Jones Day, hereby enters her appearance as council for Defendant The Washington Post in the above-captioned matter.

Dated: November 13, 2006

                                               /s/
                                    Jacqueline M. Holmes (D.C. Bar No. 450357)
                                    Alison B. Marshall (D.C. Bar No. 426168)
                                    JONES DAY
                                    51 Louisiana Avenue N.W.
                                    Washington, D.C. 20001
                                    Telephone: (202) 879-3939
                                    Facsimile: (202) 626-1700

                                    ATTORNEYS FOR DEFENDANT THE
                                    WASHINGTON POST

WAI-2238680v1