IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JEROME CARTER, ) | |
| ) | Civil Case No. 05-1712 (RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON POST. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO WITHDRAW**

Plaintiff's counsel, Francis Koh and the Koh Law Firm, LLC., respectfully move to withdraw from the above-captioned case based upon irreconcilable differences between counsel and the Plaintiff and for reasons that are protected by attorney-client privilege. Client will not be prejudiced by this firm's withdrawal as there is ample time for Plaintiff to find new counsel and complete discovery as well as meet deadlines according to the Court's Scheduling Order.

**WHEREFORE**, the Undersigned Counsel, respectfully requests to be removed from the case.

RESPECTFULLY SUBMITTED,

_____/S/_____

Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852

Counsel for Plaintiff

Jacqueline M. Holmes (D.C. Bar No. 450357)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001