IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JEROME CARTER, ) | |
| ) | Civil Case No. 05-1712 (RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON POST. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Counsel's Motion to Withdraw, and any response and reply thereto, it is this ___ day of February 2007, it is hereby:

ORDERED, that Plaintiff's Counsel's Motion to Withdraw is hereby GRANTED; and it is also

ORDERED, that Francis Koh and the Koh Law Firm, LLC., are hereby released from representing Plaintiff in the above-captioned case.

_____
U.S. District Court Judge

Copies to:

Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852


Jacqueline M. Holmes (D.C. Bar No. 450357)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001