**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| JEROME CARTER, ) | |
| ) | Civil Case No. 05-1712 (RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON POST. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW

Plaintiff's counsel, Francis Koh and the Koh Law Firm, LLC., respectfully move to withdraw from the above-captioned case based upon irreconcilable differences between counsel and the Plaintiff, Jerome Carter and for reasons that are protected by attorney-client privilege. Client will not be prejudiced by this firm's withdrawal as a trial date has not been set and there is ample time for Plaintiff to find new counsel and complete discovery as well as meet deadlines according to the Court's Scheduling Order. The attached letter has been sent to Plaintiff informing him of this motion and advising him to seek new counsel. The Defendant, through its counsel, has stated it does not object to counsel's withdrawal motion.

Pursuant to Local Civil Rule 83.6(c), Plaintiff, Jerome Carter has Five (5) days upon service of this motion to notify the Clerk if he intends to proceed *Pro Se* or if he objects to this withdrawal motion.

**WHEREFORE**, the Undersigned Counsel, respectfully requests to be removed from the case.

RESPECTFULLY SUBMITTED,

_____/S/_____

Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby attest, on this 9th day of March 2007, a copy of the foregoing Motion to Withdraw was served on the following by first class mail, prepaid. Additionally, a copy of the foregoing motion along with a letter advising Plaintiff to seek new counsel as well the notice that Plaintiff has within 5 days to inform the Clerk of the Court if he intends to proceed *Pro Se* or object to the withdrawal of the undersigned counsel was mailed to the Plaintiff, postage prepaid to the Plaintiff's last known address:

Jacqueline M. Holmes (D.C. Bar No. 450357)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Jerome W. Carter
12807 Redgrave Drive
Upper Marlboro, MD 20774

RESPECTFULLY SUBMITTED,

_____/S/_____

Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852