## *KOH LAW FIRM, LLC.*
*AT OLD GEORGETOWN*

**11406 OLD GEORGETOWN ROAD**
**N. BETHESDA, MARYLAND 20852**
TEL: 301-881-3600
FAX: 301-984-7631

WRITER'S DIRECT NUMBER
(301) 257-4321

WRITER'S E-MAIL ADDRESS
fkoh@old-georgetown.com

March 9, 2007

Jerome W. Carter
12807 Redgrave Drive
Upper Marlboro, MD 20774                    **BY MAIL**

Re:   <u>Carter v. Washington Post –</u> Civil Case No. 05-1712 (RMC)

Dear Mr. Carter:

As stated in our letter to you on February 7, 2007, we filed a motion to withdraw from your case. Please obtain another attorney to represent you. If you intend to proceed *pro se* or you object to the withdrawal of this firm as your counsel, please notify the Clerk of the U.S. District Court, District of Columbia at 333 Constitution Ave., NW Washington, DC 20001, within 5 days of receiving the attached motion. Thank you.

Very Truly Yours,
Koh Law Firm

Francis Koh
Attorney At Law

FK/

Cc: