IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JEROME CARTER, ) | |
| ) | Civil Case No. 05-1712 (RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON POST. ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Counsel's Motion to Withdraw, and any response and reply thereto, it is this ___ day of March 2007, it is hereby:

ORDERED, that Plaintiff's Counsel's Motion to Withdraw is hereby GRANTED; and it is also

ORDERED, that Francis Koh and the Koh Law Firm, LLC., are hereby released from representing Plaintiff in the above-captioned case.

_____
U.S. District Court Judge

Copies to:

Francis H. Koh (DC Bar #486602)
Koh Law Firm, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852


Jacqueline M. Holmes (D.C. Bar No. 450357)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Jerome W. Carter
12807 Redgrave Drive
Upper Marlboro, MD 20774