

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Jerome W. Carter ) | Civil Case No. 05-1712 (RMC) |
| ) | |
| Plaintiff, ) | |
| V. ) | **RECEIVED** |
| ) | |
| Washington Post ) | MAR 1 3 2007 |
| Defendant ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

I the Plaintiff, Jerome W. Carter, notify the court that my attorney Francis Koh never informed me as indicated in Mr. Koh's Motion to Withdraw of the Court's Scheduling Order and he suggests I have ample time. Mr. Koh has never done anything except tell me to accept the Post's settlement offer or he would withdraw from my case, which he did. Therefore, I respectfully request that my case not be prejudiced while I seek legal advice and representation of another attorney. Please notify me if there is some forms or procedures I should follow to put a hold on any continue legal proceedings ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I obtain legal representation to proceed.

RESPECTFULLY SUBMITTED
Jerome W. Carter, Plaintiff
12807 Redgrave Drive
Upper Marlboro, MD  20774

Dated:  20  day of February 2007

Copies to:

Jacqueline M. Holmes
Jones Day



March 7, 2007

Honorable Magistrate Judge John Facciola
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:   Reply to Notice to Court dated February 20, 2007

I am resending copy of my statement mailed to you as I have not received anything letting me know that my case will be held while I seek legal representation since Mr. Koh was granted withdrawal from my case against the Washington Post.

Best regards,

_____//s//_____
Jerome W. Carter
12807 Redgrave Drive
Upper Marlboro, MD 20774
Home 301-249-3188
Cell 301-204-5214