IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

**FILED**
MAR 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Jerome W. Carter | ) |
| | ) Civil Case No. 05-1712 (RMC) |
| Plaintiff, | ) |
| V. | ) |
| | ) |
| Washington Post | ) |
| Defendant | ) |
| | ) |

*Let this be filed, John M Facciola 03/09/07*

**RECEIVED**
MAR 01 2007
Magistrate Judge
Facciola

I the Plaintiff, Jerome W. Carter, notify the court that my attorney Francis Koh never informed me as indicated in Mr. Koh's Motion to Withdraw of the Court's Scheduling Order and he suggests I have ample time. Mr. Koh has never done anything except tell me to accept the Post's settlement offer or he would withdraw from my case, which he did. Therefore, I respectfully request that my case not be prejudiced while I seek legal advice and representation of another attorney. Please notify me if there is some forms or procedures I should follow to put a hold on any continue legal proceedings ▬▬▬ I obtain legal representation to proceed.

RESPECTFULLY SUBMITTED
Jerome W. Carter, Plaintiff

Dated: 20 day of February 2007

Copies to:

Jacqueline M. Holmes
Jones Day