UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON POST, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1712 (RMC) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robin S. Owings, Esq., of the law firm Jones Day, as counsel for Defendant The Washington Post in the above-captioned matter.

Dated: April 5, 2007

/s/
Alison B. Marshall (D.C. Bar No. 426168)
Jacqueline M. Holmes (D.C. Bar No. 450357)
Robin S. Owings  (D.C. Bar No. 479476)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

ATTORNEYS FOR DEFENDANT
THE WASHINGTON POST

WAI-2821645v1