# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1712 (RMC) |
| ) | |
| THE WASHINGTON POST, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF JACQUELINE M. HOLMES IN SUPPORT OF DEFENDANT THE WASHINGTON POST'S MOTION TO STAY AND TO EXTEND THE TIME FOR IT TO CONDUCT DISCOVERY**

I, JACQUELINE M. HOLMES, affirm the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am associated with the firm of Jones Day, counsel for Defendant The Washington Post in this action. I submit this declaration in support of Defendant's Motion To Stay and To Extend the Time for It To Conduct Discovery. I have personal knowledge of the facts set forth in this declaration, and if called upon to do so I could competently testify regarding those facts.

2. On January 12, 2007, Defendant served document requests and interrogatories on Plaintiff Jerome Carter. Plaintiff has not yet responded to Defendant's discovery requests.

3. In mid-February 2007, I communicated with Plaintiff's counsel, Francis Koh, regarding when Defendant could expect to receive Plaintiff's responses to Defendant's discovery requests. At that time, Mr. Koh indicated to me that he had had difficulty communicating with Mr. Carter, and that Mr. Carter was unlikely to return his telephone calls. On February 20, 2007,

I sent a letter to Francis Koh informing him that Plaintiff's discovery responses were overdue and requesting that Plaintiff respond to them. Mr. Koh never responded to this letter. This letter is attached hereto as Exhibit A.

    4.    Francis Koh represented to me that he is no longer able to communicate with his client, Jerome Carter.

Executed this 12th day of April, 2007.

                                    /s/
                         Jacqueline M. Holmes