# EXHIBIT A

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3620
jholmes@jonesday.com

February 20, 2007

**VIA FACSIMILE**

Francis H. Koh, Esq.
OLD GEORGETOWN LAW, L.L.C.
11406 Old Georgetown Road
North Bethesda, Maryland 20852

Re:   Case No. 05-1712 (RMC), *Carter v. The Washington Post*

Dear Mr. Koh:

    We have received your Motion to Withdraw as counsel for the Plaintiff, Mr. Carter, in the above-captioned matter. According to our records, Mr. Carter's responses to Defendant's First Set of Interrogatories and First Request for Production of Documents was due over a week ago, on February 12, 2007. While we talked on that day about the possibility of settlement, we take it from your Motion to Withdraw that the parties are not likely to reach a settlement at this time. We therefore request that you promptly forward to us Mr. Carter's responses to Defendant's discovery requests. Inasmuch as these items are already overdue, we believe they should be completed before you withdraw as counsel in this matter.

Very truly yours,

*Jacqueline M. Holmes /aj*
Jacqueline M. Holmes