## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER,     ) | |
|         ) | |
|     Plaintiff,     ) | |
|         ) | |
| v.     ) | Civil Action No.: 05-1712 (RMC) |
|         ) | |
| THE WASHINGTON POST,     ) | |
|         ) | |
|     Defendant.     ) | |
|         ) | |

## ORDER

Having considered Defendant's Motion To Stay and To Extend the Time for It To Conduct Discovery, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**.  It is further

**ORDERED** that Defendant will have an additional 75 days to conduct fact discovery after the issues surrounding the representation of Plaintiff in this lawsuit are resolved and that all other dates in the Scheduling Order are to be adjusted accordingly.

**SO ORDERED**.


Date: _____


                                           _____
                                           ROSEMARY M. COLLYER
                                           United States District Judge