UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEROME CARTER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON POST, )<br>)<br>    Defendant. )<br>) | Civil Action No.: 05-1712 (RMC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jerome Carter and Defendant The Washington Post hereby stipulate that the above-captioned action be discontinued and dismissed WITH PREJUDICE and that each party shall bear its own costs.

Respectfully submitted,

_____
JEROME CARTER

Dated: 9.30.07

_____
Alison B. Marshall (D.C. Bar No. 426168)
Jacqueline M. Holmes (D.C. Bar No. 450357)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendant

Dated: 8/30/07

WAI-2842908v1